RICHARD C. WILLIAMS
FOLSOM STATE PRISON
P.O. BOX 950)(B3/A1/26 up)
FOLSOM,CA.,95763



UNITED STATES DISTRICT COURT DISTRICT
FOR NORTHERN DISTRICT OF CALIFORNIA DIVISION

RICHARD C. WILLIAMS
    (Petitioner's)

vs.

M.C.Kramer,et al
    (Respondents)
_____/

CASE NO  CV 08  1094 (PR)    JW

DECLARATION OF RICHARD C. WILLIAMS IN
SUPPORT OF WRIT OF HABEAS CORPUS
PETITION

I,Richard C. Williams declare

2. I am an state prisoner at Folsom State Prison Folsom California at the location 300 Prison Road,Folsom,California,California 95763.

3. I was convicted and sentence by the Superior Court for the county of Monterey County,under the case no. SC-9406225,for 4-counts of burglaries and one count of receiving stolen property.(see exhibit C)

4. Monterey Superior Court error in using prior plea bargain agreement generic statute as a recidivism application without making the finding of the offense was committed in an serious and violent manner. Thereby making the original plea bargain agreement something more than what was agreed too or made to understand to what was agreed too.

5. I,Richard C. Williams never agree to a committed offense being serious and violently committed against a person.  My prior plea agreement is now breach,because the court

has added additional language to the prior offense to allege that the prior offense was violently committed or violence was committed against a person.

6. The court alleged in error that the original court proceeding made the determination that petitioner action was in violation of California penal code section 667,b-i,and 1170.12,a-d.

7. In the original court proceeding the court made the plea bargain agreement under the understanding that a plea bargain agreement would be entered for a generic term because there was no eye witness and no evidence to convict for a crime inviolation of California penal code section 667,subdivision b-i and 117.12,subdivision a-d.

8. The court impose twice the base term for a prison term of 26 years when the evidence only give support to a maximum punishment of 13 years.

The petitioner contends and beleives that as the current sentence now stands eligibility for parole is prolong beyond its maximum time period and petitioner Richard C. Williams stands at risk of being illegal incarcerate beyond 13 years maximum sentence..

I swear under the penalty of perjury that the forgoing is true and correct, executed on 2/13/2008

*Richard C. Williams*
RICHARD C. WILLIAMS

2

# PROOF OF SERVICE BY MAIL

I, RICHARD C. WILLIAMS, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: J-39457
MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, Ca. 95763

ON 2/13/ (2008), 2007, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

WRIT OF HABEAS CORPUS PETITION
EXHIBITS A THROUGH F H)
DECLARATION OF RICHARD C. WILLIAMS

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

CALIFORNIA SUPREME COURT 350 Mc Allister street, San Francisco, Ca., 94102

Jerry Brown, (Attorney General) 1300 I street, suite 125, Sacramento. Ca., 94244-2550

NORTHERN DISTRICT COURT FOR THE STATE OF CALIFORNIA 455 Golden gatw Avenue, San Francisco, Ca.,

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 2/13/ , 2007, AT FOLSOM, CALIFORNIA..

*Richard C Williams*
&lt;signature here&gt;