FILED
08 MAR 12 PM 12:31
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. WILLIAMS, Plaintiff,

vs.

M.C.KRAMER,(Warden) et al, Defendant.

CASE NO. CV-08-1094 JW (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, RICHARD C. WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: I am an State Prisoner.

Gross: ______________ Net: ______________

Employer: ______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? — Yes ___ No X

Spouse's Full Name: ______________________

Spouse's Place of Employment: ______________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

____________________

____________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $________ Amount of Mortgage: $________

6. Do you own an automobile? Yes ___ No X

Make ________ Year ________ Model ________

Is it financed? Yes ____ No ____ If so, Total due: $ ________

Monthly Payment: $ ________

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ________

____________________

Present balance(s): $ ________

Do you own any cash? Yes ___ No X Amount: $ ________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

____________________

8. What are your monthly expenses?

Rent: $ 0 Utilities: ________

Food: $ 0 Clothing: ________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

# PROOF OF SERVICE BY MAIL

I, RICHARD C.WILLIAMS, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: J-39457

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON 2/12/, 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

FEES WAIVER APPLICATION AND 6-MONTHS PRINOUT

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

NORTHERN DISTRICT COURT FOR THE STATE OF CALIFORNIA 350 Mc Allister St SAN FRANCISCO,CA.,

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 2/12/, 2008, AT FOLSOM, CALIFORNIA..

Richard C. Williams
<signature here> RICHARD C. WILLIAMS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/12/2008 — DATE

Richard C. Williams — SIGNATURE OF APPLICANT

Case Number: ____________________

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Richard C. Williams for the last six months at
[prisoner name]
FOLSOM STATE PRISON where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 163.62 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 165.11.

Dated: 2/8/2008

[signature]
[Authorized officer of the institution]
3/3/08

REPORT ID: TS3030 .701

REPORT DATE: 03/03/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON FOLSOM
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU MAR. 03, 2008

ACCOUNT NUMBER : J39457
ACCOUNT NAME : WILLIAMS, RICHARD CARL
PRIVILEGE GROUP: A

BED/CELL NUMBER: B3SAT100000026L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 150.00 |
| 07/02 | *D550 | INMATE PAYROL | 700002IP06 | | 89.07 | | 239.07 |
| 07/03 | *W536 | COPAY CHARGE | 700040 | | | 5.00 | 234.07 |
| 07/16 | FC01 | DRAW-FAC 1 | 700284 | | | 159.00 | 75.07 |
| 08/03 | D550 | INMATE PAYROL | 700564IP07 | | 87.15 | | 162.22 |
| 08/13 | FC01 | DRAW-FAC 1 | 700771 | | | 80.00 | 82.22 |
| 09/05 | D550 | INMATE PAYROL | 701108IP08 | | 105.94 | | 188.16 |
| 09/14 | W700 | IWF SP SURCHA | 701269QTR3 | | | 7.33 | 180.83 |
| 09/14 | W350 | SPECIAL PURCH | 701269QTR3 | 220052089 | | 83.96 | 96.87 |
| 09/17 | FC01 | DRAW-FAC 1 | 701307 | | | 96.87 | 0.00 |
| 10/03 | D550 | INMATE PAYROL | 701590IP09 | | 93.00 | | 93.00 |
| 10/09 | D300 | CASH DEPOSIT | MR4504 | | 50.00 | | 143.00 |
| 10/09 | *D340 | EFT DEPOSIT | MR4506JPAY | | 150.00 | | 293.00 |
| 10/15 | FC01 | DRAW-FAC 1 | 701833 | | | 180.00 | 113.00 |
| 11/06 | D550 | INMATE PAYROL | 702251IP10 | | 87.75 | | 200.75 |
| 11/13 | FC01 | DRAW-FAC 1 | 702449 | | | 100.00 | 100.75 |
| 11/15 | W415 | CASH WITHDRAW | 702510 | 220052716 | | 100.00 | 0.75 |
| 12/03 | D340 | EFT DEPOSIT | MR4860JPAY | | 140.00 | | 140.75 |
| 12/04 | D550 | INMATE PAYROL | 702769IP11 | | 72.75 | | 213.50 |
| 12/10 | W521 | FUND RAISER C | 702917PIZA | | | 27.00 | 186.50 |
| 12/17 | FC01 | DRAW-FAC 1 | 703074 | | | 180.00 | 6.50 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/04 | D550 | INMATE PAYROL | 703320IP12 | | 93.00 | | 99.50 |
| 01/14 | FC01 | DRAW-FAC 1 | 703547 | | | 93.00 | 6.50 |
| 02/06 | D340 | EFT DEPOSIT | MR0284JPAY | | 100.00 | | 106.50 |
| 02/06 | D550 | INMATE PAYROL | 704011IP01 | | 89.25 | | 195.75 |
| 02/19 | FC01 | DRAW-FAC 1 | 704263 | | | 180.00 | 15.75 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 150.00 | 1,157.91 | 1,292.16 | 15.75 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 15.75 |

Current Balance $15.75
average 6 months receipts $163.62
Balance $165.11

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: Folsom Prison
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Suzanne Smith
TRUST OFFICE
3/3/08

Richard Williams J-39457
Folsom State Prison 3-A1-26L
P.O. Box 715071
Represa, Calif.
95671-5071

Legal Mail

Northern District Court
State of California
450 Golden Gate Ave.
San Francisco, Calif.
94102-3483

94102+3661