United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CARL WILLIAMS,

    Petitioner,

  vs.

M. C. KRAMER, Warden,

    Respondent.

No. C 08-01094 JW (PR)

ORDER TO SHOW CAUSE; GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

(Docket No. 2)

    Petitioner, a state prisoner incarcerated at the Folsom State Prison ("FSP") in Represa, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. Petitioner has filed a motion to proceed in forma pauperis (Docket No. 4) pursuant to 28 U.S.C. § 1915(a).

**BACKGROUND**

    According to the petition, petitioner was convicted by a jury in the Superior Court of the State of California in and for the County of Monterey of multiple counts of burglary and receiving stolen property. The trial court found true several prior convictions and imposed sentence enhancements under California's recidivist statutes. Petitioner was sentenced in July 1995 to twenty-five years in state prison.

Order to Show Cause; Granting IFP
P:\PRO-SE\SJ.JW\HC.08\Williams01094_osc&grantIFP.wpd

1  After re-sentencing in March 1997, the sentence imposed was twenty-six years in
2  state prison. (Pet. Ex. C.)

3  Petitioner filed state habeas petitions on the claims presented in the instant
4  petition through the state courts, concluding with the California Supreme Court
5  denying the petition on January 23, 2008. Petitioner filed the instant federal habeas
6  petition on February 22, 2008.

## DISCUSSION

A.   Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.   Legal Claims

Petitioner alleges that the trial court violated his Sixth Amendment rights by imposing the upper terms for the convictions without submitting additional facts to a jury to be proven beyond a reasonable doubt. See Cunningham v. California, 127 S. Ct. 856, 871 (2007). Petitioner claims that the "illegal sentence violates due process right and impose[s] an [sic] longer prison term." (Pet. 6.) Liberally construed, petitioner's claim appears cognizable under § 2254 and merits an answer from respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.   Petitioner's motion for leave to proceed in forma pauperis (Docket No. 4) is GRANTED.

Order to Show Cause; Granting IFP
P:\PRO-SE\SJ.JW\HC.08\Williams01094_osc&grantIFP.wpd   2

    2.    The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

    3.    Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

    4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

    5.    Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

DATED: August 13, 2008

JAMES WARE  
United States District Judge

Order to Show Cause; Granting IFP  
P:\PRO-SE\SJ.JW\HC.08\Williams01094_osc&grantIFP.wpd     3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD C. WILLIAMS,

        Petitioner,

  v.

M. C. KRAMER, Warden,

        Responent.

Case Number: CV08-01094 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/14/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Carl Williams J-39457
Folsom State Prison (FSP)
P. O. Box 71
Represa, Ca 95671

Dated:  8/14/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk